| | |
|---|---|
| 1 | Paul F. Eckstein (Bar No. 001822) |
| | Joel W. Nomkin (Bar No. 011939) |
| 2 | Austin C. Yost (Bar No. 034602) |
| | **PERKINS COIE LLP** |
| 3 | 2901 North Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012-2788 |
| 4 | Telephone:   602.351.8000 |
| | Facsimile:    602.648.7000 |
| 5 | peckstein@perkinscoie.com |
| | jnomkin@perkinscoie.com |
| 6 | ayost@perkinscoie.com |
| | docketphx@perkinscoie.com |
| 7 | |
| 8 | Attorneys for Defendants Crow, Aska, Hicks and Rosenkrantz |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Maximilian Soza Fees,<br><br>                    Plaintiff,<br><br>       v.<br><br>Arizona State University, et al.,<br><br>                    Defendants. | No. 2:20-cv-01131-SRB<br><br>**WAIVER OF SERVICE OF SUMMONS** |

TO DAVID R. JORDAN, ATTORNEY FOR PLAINTIFF:

Perkins Coie, LLP has received your request to waive service of a summons in this action along with a copy of the complaint, two copies of a waiver form, and a prepaid means of returning one signed copy of the form to you.

Perkins Coie LLP represents Individual Defendants Dr. Michael Crow, Dr. Cassandra Aska, Dr. Rick Hicks and Elizabeth Rosenkrantz ("Individual Defendants") in this action. The Individual Defendants agree to save the expense of serving a summons and complaint in this case.

Perkins Coie understands that the Individual Defendants will retain all defenses or objections to the lawsuit available under the Federal Rule of Civil Procedure, including,

without limitation, all objections to the Court's jurisdiction over the lawsuit and the parties, whether the lawsuit states a cause of action, the merits of the claims made in the complaint and the timeliness of the lawsuit, except that the Individual Defendants waive any objections to the absence of a summons or of service.

Perkins Coie also understands that the Individual Defendants must file and serve an answer or a motion under Rule 12 of Federal Rules of Civil Procedure within 60 days from June 9, 2020, the date when this request was sent (or 90 days if it was sent outside the United States). If the Individual Defendants fail to do so, you will be free to enter a default judgment against them.

Dated: June 9, 2020                    **PERKINS COIE LLP**

By: *s/ Paul F. Eckstein*
Paul F. Eckstein
Joel W. Nomkin
Austin C. Yost
2901 North Central Avenue
Suite 2000
Phoenix, Arizona 85012-2788

*Attorneys for Defendants Crow, Aska, Hicks and Rosenkrantz*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 3 | I hereby certify that on June 9, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. |
| 4 | |
| 5 | *s/* _____ |
| 6 | |
| 7 | 148484422.1 |

-3- NO. 2:20-CV-01131-SRB