David R. Jordan, AZ Bar #013891
**The Law Offices of David R. Jordan, P.C.**
1995 State Road 602
P.O. Box 840
Gallup, New Mexico 87305-0840
P: (505) 863-2205
Fax: (866) 604-5709
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Maximilian Soza Fees, | No. 2:20-cv-01131-SRB |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| Arizona State University, Dr. Michael Crow, President of Arizona State University, Dr. Cassandra Aska, Dean Students of Arizona State University, Dr. Ron Hicks, Senior Associate Dean of Students of Arizona State University, Elizabeth Rosenkrantz, Executive Director, Associated Students of Arizona State University, | |
| Defendants. | |

COMES NOW, Plaintiff, by and through undersigned counsel, served the Defendant with Plaintiff's Request for Production of Documents by first class mail addressed to Paul Eckstein 2901 North Central Ave., Suite 2000 Phoenix, AZ 865012 and a copy by email to PEckstein@perkinscoie.com

RESPECTFULLY SUBMITTED this 6th day of July, 2020.

*The Law Offices of David R. Jordan, P.C.*

*/s/ David R. Jordan electronically filed 07/06/20*
David R. Jordan, Esq.
*Attorney for Plaintiff*

1