# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maximilian Soza Fees, | No. CV-20-01131-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona State University, et al., | |
| Defendants. | |

In light of the filing of the Amended Complaint on August 9, 2020,

IT IS ORDERED denying as moot Defendants' Motion to Dismiss the original Complaint. (Doc. 11)

Dated this 11th day of August, 2020.

_____
Susan R. Bolton
United States District Judge